

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TETON ENERGY CORPORATION,<br><br>Debtor.<br><br>Employer Tax I.D. No. 84-1482290 | Chapter 11<br><br>Case No. 09-13946 (PJW) |
| In re:<br><br>TETON NORTH AMERICA LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 84-1482290 | Chapter 11<br><br>Case No. 09-13947 (PJW) |
| In re:<br><br>TETON PICEANCE LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 84-1482290 | Chapter 11<br><br>Case No. 09-13948 (PJW) |
| In re:<br><br>TETON DJ LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 84-1482290 | Chapter 11<br><br>Case No. 09-13949 (PJW) |
| In re:<br><br>TETON WILLISTON LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 84-1482290 | Chapter 11<br><br>Case No. 09-13950 (PJW) |

| | |
|---|---|
| In re:<br>TETON BIG HORN LLC,<br>　　Debtor.<br>Employer Tax I.D. No. 84-1482290 | Chapter 11<br>Case No. 09-13951 (PJW) |
| In re:<br>TETON DJCO LLC,<br>　　Debtor.<br>Employer Tax I.D. No. 84-1482290 | Chapter 11<br>Case No. 09-13952 (PJW) |
| In re:<br>TETON ORRI LLC,<br>　　Debtor.<br>Employer Tax I.D. No. 84-1482290 | Chapter 11<br>Case No. 09-13953 (PJW)<br>RE: D.I. 3 |

**ORDER PURSUANT TO 11 U.S.C. § 105, FED. R. BANKR. P. 1015 AND LOCAL RULE 1015-1 (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 1015 and Local Rule 1015-1, (i) directing the joint administration of the Debtors' related chapter 11 cases (the "Chapter 11 Cases") and (ii) granting related relief; and upon the Declaration of Jonathan Bloomfield in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings; and due and sufficient notice of the

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 09-13946 (PJW).

3. The consolidated caption of the jointly administered cases shall read as follows:

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TETON ENERGY CORPORATION, *et al.*,[1] | Case No. 09-13946 (PJW) |
| Debtors. | (Jointly Administered) |

\* \* \*

[1] The Debtors, along with the last four digits of their federal tax identification numbers, are: Teton Energy Corporation (2290), Teton North America LLC (2290), Teton Piceance LLC (2290), Teton DJ LLC (2290), Teton Williston LLC (2290), Teton Big Horn LLC (2290), Teton DJCO LLC (2290), and Teton ORRI LLC (2290). The Debtors' mailing address for purposes of these cases is 600 17th Street, Suite 1600 North, Denver, Colorado 80202.

4. An entry shall be made on the docket of each of the Chapter 11 Cases, other than the docket maintained for the Chapter 11 Case of Teton Energy Corporation, that is substantially similar to the following:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Teton Energy Corporation, Teton North America LLC, Teton Piceance LLC, Teton DJ LLC, Teton Williston LLC, Teton Big Horn LLC, Teton DJCO, LLC, and Teton ORRI LLC. The docket in **Case No. 09-13946 (PJW)** should be consulted for all matters affecting this case.

5. One consolidated docket, one file and one consolidated service list shall be maintained for the Chapter 11 Cases by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Chapter 11 Cases.

7. The Debtors are authorized to take all actions necessary to implement this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: November 10, 2009
      Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

3223233